UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRECIA LORELLE SIBLEY,<br><br>        Plaintiff,<br><br>v.<br><br>CHOICE HOTELS INTERNATIONAL, INC.; RATAN GROUP HOTEL LIMITED LIABILITY COMPANY d/b/a RODEWAY INN, RODEWAY INN LONG ISLAND, RODEWAY INN HUNTINGTON STATION, and/or HUNTINGTON COUNTRY INN; XYZ CORPORATIONS 1-50; MAHESH RATANJI a/k/a MAHESHCHAND M. RATANJI, KHOZEM KHARAWALLA, and/or JANE AND JOHN DOES 1-10, individually and as owner, officer, director, shareholder, founder, manager, agent, servant, employee, representative, and/or independent contractor of RATAN GROUP HOTEL LIMITED LIABILITY COMPANY d/b/a RODEWAY INN, RODEWAY INN LONG ISLAND, RODEWAY INN HUNTINGTON STATION, HUNTINGTON COUNTRY INN, and/or XYZ CORPORATIONS 1-50,<br><br>        Defendants. | CIVIL ACTION<br>No. 2:14-cv-00634 (JS) (ARL)<br><br><br>**NOTICE OF MOTION TO VACATE DEFAULT, PURSUANT TO RULE 55(c)** |

To:    Brian L. Ponder, Esq.
          Brian L. Ponder LLP
          200 Park Avenue, Suite 1700
          New York, New York 10166

          Jennifer A. Casey, Esq.
          Ahmuty, Demers & McManus
          200 I.U. Willets Road
          Albertson, New York 11507

PLEASE TAKE NOTICE that on a date to be determined by the court, Patrick W. McGovern, of the law firm Genova Burns Giantomasi Webster LLC, attorneys for defendants, Ratan Group Hotel Limited Liability Company d/b/a Rodeway Inn, Rodeway Inn Long Island, Rodeway Inn Huntington Station, Huntington Country Inn, Mahesh Ratanji a/k/a Maheshchand M. Ratanji, and Khozem Kharawalla (collectively, "Defendants"), will move before the United States District Court for the Eastern District of New York at the Alfonse M. D'Amato Federal Building, 100 Federal Plaza, Central Islip, New York 11722 before the Honorable Judge Joanne Seybert., for an Order vacating default against Defendants, pursuant to Fed. R. Civ. P. 55(c).

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Defendants shall rely on the Brief filed on behalf of Defendants in support of their motion to vacate default and the Affirmation of Patrick W. McGovern, Esq., with Exhibits attached thereto.

**GENOVA BURNS GIANTOMASI WEBSTER LLC**
Attorneys for defendants, Ratan Group Hotel Limited Liability Company d/b/a Rodeway Inn, Rodeway Inn Long Island, Rodeway Inn Huntington Station, Huntington Country Inn, Mahesh Ratanji a/k/a Maheshchand M. Ratanji, and Khozem Kharawalla

By: _s/Patrick W. McGovern_
PATRICK W. MCGOVERN, ESQ. (1246)
494 Broad Street, Newark, New Jersey 07102
E-mail: pmcgovern@genovaburns.com
Telephone: (201) 533-0777

Date: March 14, 2014

11847462v1 9998.010